# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CHARLESRETTA MEADE, ROBERT N.C. NIX, HONORABLE RUSSELL M. NIGRO, HONORABLE ALAN K. SILBERSTEIN, ANTHONY LEWIS, JR., AND MOLLY GOLDSMITH, PERSONAL REPRESENTATIVE OF THE ESTATE OF HOWARD M. GOLDSMITH, DECEASED, | : : : : : : : : | No. 87 EAL 2016<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Respondents | : : : | |
| v. | : : | |
| CITY OF PHILADELPHIA, | : : : | |
| Petitioner | : | |
| CHARLESRETTA MEADE, ROBERT N.C. NIX, HONORABLE RUSSELL M. NIGRO, HONORABLE ALAN K. SILBERSTEIN, ANTHONY LEWIS, JR., AND MOLLY GOLDSMITH, PERSONAL REPRESENTATIVE OF THE ESTATE OF HOWARD M. GOLDSMITH, DECEASED, | : : : : : : : : | No. 120 EAL 2016<br><br>Cross Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Respondents | : : | |
| v. | : : : | |
| CITY OF PHILADELPHIA, | : : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal, Cross Petition for Allowance of Appeal, and Application to Submit Brief Reply in Support of their Petition for Allowance of Appeal are **DENIED**.